

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-21-00195-CR

Guillermo **MORALES** III,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7388
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

    Appellant's motion for extension of time to file his brief is GRANTED IN PART. Appellant's brief is due on or before **January 13, 2022**.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court